Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Ave., Suite 100
Lubbock  TX  79424
(806) 748-1980 Phone
(806) 748-1956 Fax

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## WICHITA FALLS DIVISION

IN RE:
NANCY ANN GRAF

CASE NO.: 09-70238-HDH-13
DATED: March 03, 2014

DEBTOR(S)

### NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee files this Notice of Final Cure Payment and provides to the creditor listed below that the amount required to complete the term of the plan has been received by the Trustee.

**Final Cure Amount**

| Creditor Name | Last 4 of Acct# | Claim Asserted | Claim Allowed | Amount Paid P and I |
|---|---|---|---|---|
| WELLS FARGO HOME MORTGAGE    HOME ARREARS -- | 2854 | $10,650.06 | $10,650.06 | $13,161.97 |
| WELLS FARGO HOME MORTGAGE    DIRECT PMTS | 2854 | $78,922.47 | $78,922.47 | $0.00 |
| WELLS FARGO HOME MORTGAGE    POST PETITION ARREARS | 2854 | $3,711.17 | $3,711.17 | $3,711.17 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:  ____ Through the Chapter 13 Trustee Conduit     __X__ Direct by the Debtor(s)

Within 21 days of service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), Debtor(s)' Counsel and the Chapter 13 Trustee, pursuant to Federal Rule of Bankruptcy Procedure 3002.1(g), indicating 1) whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim; and 2) whether the debtor(s) are otherwise current on all payments consistant with 11 U.S.C. 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement.  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f).  Failure to notify may result in sanctions.

/s/  Walter O'Cheskey
Walter O'Cheskey, Chapter 13 Trustee

### Certificate of Service

I hereby certify that a true copy of the foregoing NOTICE OF FINAL CURE PAYMENT was served on the following parties electronically or at the addresses listed below by U.S. First Class mail on March 03, 2014.

NANCY ANN GRAF 3003 GORDON ST  VERNON TX 76384
MONTE J WHITE ATTORNEY AT LAW 1106 BROOK AVE HAMILTON PLACE WICHITA FALLS TX 76301
GIBSON HOTCHKISS ROACH & DAVENPORT 807 8TH ST 8TH FLOOR WICHITA FALLS TX 76301
WELLS FARGO HOME MORTGAGE 1 HOME CAMPUS / MAC # X2302-04C BANKRUPTCY PAYMENT PROCESSING DES MOINES IA 5
BARRETT DAFFIN FRAPPIER TURNER & ENGEL LLP 1900 ST JAMES PLACE SUITE 500 HOUSTON TX 77056

/s/  Walter O'Cheskey
Walter O'Cheskey, Chapter 13 Trustee